MICHAEL L. MALLOW (SBN 188745)
mmallow@loeb.com
MICHAEL B. SHORTNACY (*Pro Hac Vice*)
mshortnacy@loeb.com
DEREK K. ISHIKAWA (SBN 270275)
dishikawa@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TOYOTA MOTOR SALES, U.S.A., INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS COLLADO, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TOYOTA MOTOR SALES, U.S.A., INC., a California corporation, <br><br> Defendant. | Case No.: 2:10-cv-3113-R-RCx <br><br> **ORDER ENTERING STIPULATED PROTECTIVE ORDER** |
| ELLIOT FIXLER, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TOYOTA MOTOR SALES, U.S.A., INC., a California corporation, <br><br> Defendant. | Case No. 2:10-cv-3124-R-SSx <br><br> Assigned to Hon. Manuel L. Real |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA2179843.1212799-10002

[PROPOSED] ORDER ENTERING
STIPULATED PROTECTIVE ORDER

## ORDER

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT the terms of the Stipulated Protective Order as described in the Stipulation between Defendant and Plaintiffs at Docket No. 188 shall be entered as the Order of this Court and be binding upon the parties and signatories to **Exhibit "A"** to the Stipulated Protective Order.

**IT IS SO ORDERED.   NUNC PRO TUNC**

DATED: October 20, 2011

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2179843.1212799-10002

[PROPOSED] ORDER ENTERING
STIPULATED PROTECTIVE ORDER