Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

*Class Counsel*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS COLLADO, et al.<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC.<br><br>ELLIOT FIXLER<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC. | Case Nos.  2:10-cv-03113-R-RC<br>            2:10-cv-03124-R-SS<br><br>**NOTICE OF APPEAL** |

1  Notice is hereby given that the law firms Girard Gibbs LLP; Wasserman,
2  Comden, Casselman & Esensten, LLP; Arias, Ozzello & Gignac LLP; and Cohen
3  Milstein Sellers & Toll PLLC, four of the five firms that served as Class Counsel in the
4  above case, hereby appeal to the United States Court of Appeals for the Ninth Circuit
5  from an Order of this Court entered October 17, 2011 (Doc. #190), a copy of which is
6  attached hereto as Exhibit A.  Per Federal Rule of Appellate Procedure 3(c)(1)(B), the
7  only part of the Order designated for appeal is the Court's adjudication of attorney's
8  fees.
9  Attached as Exhibits B, C, D and E are the Representation Statements required by
10 Ninth Circuit Local Rule 3-2 of Girard Gibbs LLP; Wasserman, Comden, Casselman &
11 Esensten LLP; Arias, Ozzello & Gignac LLP; and Cohen, Milstein, Sellers, and Toll
12 PLLC.  Attached as Exhibit F is a Service List.

13 DATED: November 15, 2011           Respectfully submitted,

**GIRARD GIBBS LLP**

By:   /s/ Eric H. Gibbs

601 California Street, 14th Floor
San Francisco, California  94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

Melissa M. Harnett
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, LLP**
5567 Reseda Boulevard, Suite 330
Tarzana, California 91357-7033
Telephone:  (818) 705-6800
Facsimile:  (818) 345-0162

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mike Arias
**ARIAS, OZZELLO & GIGNAC LLP**
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: (310) 670-1600
Facsimile: (310) 670-1231

Andrew N. Friedman
**COHEN MILSTEIN SELLERS**
**& TOLL PLLC**
1100 New York Avenue NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Class Counsel*